BENJAMIN C. MIFFLIN, *Respondent, v.* LEVI L. BROOKS, *Appellant.* — Judgment modified as directed in opinion. Opinion by DAVIS, P. J.

RAFAEL PENTLARGE and another, *Appellants, v.* WILLIAM R. BEESTON and another, *Respondents.* — Judgment affirmed, without costs. Opinion by DANIELS, J.

WILLIAM H. CORBITT, *Appellant and Respondent, v.* CHARLES P. CORBIT and another, *Appellants,* JAMES H. McCOON, *Respondent.* — Judgment affirmed. Opinion by DANIELS, J.

RANDOLPH BURT, *Respondent, v.* HUGH J. JEWETT, *Receiver, etc., Appellant.* — Judgment affirmed. Opinion by DAVIS, P. J.

FREDERICK SCHULTZ, *Respondent, · v.* ISAAC HARRIS, *Appellant, Impleaded, etc.* — Order affirmed. Opinion by BRADY, J.

ROBERT STRUTHERS, *Appellant, v.* ADOLPHUS HOFFSTADT, *Respondent* — Order affirmed, with ten dollars costs and disbursements. Opinion by DANIELS, J.

WILLIAM H. O'DWYER, *Respondents, v.* LAURA D. MACK and another, *Appellants.* — Order reversed and motion denied, with ten dollars costs and disbursements in case the stipulation mentioned in opinion be given. Should it be withheld, order affirmed, with like costs and disbursements. Opinion by DANIELS, J.

THE PEOPLE OF THE STATE OF NEW YORK *v.* THE KNICKERBOCKER LIFE INSURANCE COMPANY. — Order affirmed, without costs. Opinion *Per Curiam.*

FERDINAND JUNG, *Appellant, v.* MOSES MAY, *Respondent.* — Order affirmed, with ten dollars costs and disbursements. Opinion by DANIELS, J.

EDWARD ELLSWORTH, *Sole Executor, etc., Plaintiff, v.* THE NEW YORK, LAKE ERIE AND WESTERN RAILROAD COMPANY, *Defendant.* — Judgment entered for plaintiff as directed in the opinion. Opinion by DAVIS, P. J.

THE BOWERY NATIONAL BANK, *Respondent, v.* CATHARINE KEHOE, *Appellant.* — Judgment reversed, new trial ordered, costs to abide event. Opinion by DANIELS, J.

PATRICK FULLON, *Appellant, v.* JOHN HOOPER, *Respondent.* — Order affirmed, with ten dollars costs and disbursements. Opinion by DAVIS, P. J.

WILLIAM M. HALSTEAD, *Appellant, v.* WILLIAM CULVER and others, *Respondents.* — Order reversed unless defendant stipulate as directed in opinion, otherwise affirmed, without costs of appeal and with costs of the motion to abide the event. Opinion by DANIELS, J.

THE PEOPLE OF THE STATE OF NEW YORK, *Appellant, v.* ELLEN E. PECK, *Respondent.* —Judgment reversed. Opinion by DANIELS, J.

SIDNEY P. NICHOLS, *Respondent, v.* CHARLES F. MACLEAN, *Appellant.* — Judgment affirmed, with costs. Opinion *Per Curiam.*